UNITED STATES DISTRICT COURT
DISTRICT OF AMERICA
Civil Action, File No: 00-779 (PAM/RLE)

*************************************************************************

JUDITH L. PEARSON,

PLAINTIFF,

**ORDER**

vs.

INDEPENDENT SCHOOL DISTRICT, NO. 2142; ST. LOUIS COUNTY BOARD OF EDUCATION; CHESTER LARSON, as a member of St. Louis County Board of Education, Independent School District, No. 2142; LARRY SALMELA, as a member of St. Louis County Board of Education, Independent School District, No. 2142; LARRY ANDERSON, as a member of St. Louis County Board of Education, Independent School District, No. 2142; and DONALD LANGAN, Superintendent of Schools for Independent School District No. 2142.

DEFENDANTS.

*************************************************************************

The above-entitled matter came on before the undersigned Magistrate of the U.S. District Court pursuant to the Stipulation of the parties as to Amendment of the Pretrial Order of August 21, 2000.

The Court, finding the Stipulation to be reasonable and appropriate, does now make the following:

**ORDER**

Paragraph VI of the Amended Pretrial Order issued August 21, 2000 is amended to provide that Plaintiff's expert witness disclosures shall be made no later than January 1, 2001 and Defendants' expert witness disclosures shall be made no later than February 1, 2001.



FILED NOV 2 0 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

DATED: 11/20/00, 2000.

BY THE COURT:

Raymond L. Erickson

*U.S. District Court Magistrate*