# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Judith L. Pearson

Case No. Civil 00-779 PAm/JGL

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

Independent School District No. 2142;
St. Louis County Board of Education;
Chester Larson, Larry Salmela and
Larry Anderson, as members of the
St. Louis County Board of Education; and
Donald Langan, Superintendent of Schools for
St. Louis County Board of Education No. 2142,

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment is granted.

DATE: August 22, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk